**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

LARRY W. HAND,

    Plaintiff,

vs.                                          CASE NO. 5:10cv49/RS-EMT

GULF POWER COMPANY,

    Defendant.
_____/

## ORDER

Before me is the Joint Report of Parties' Planning Meeting (Doc. 10). The attorneys have provided no explanation why they have apparently disregarded the instructions in the Initial Scheduling Order (Doc. 6) about the discovery deadline and available trial dates.

**IT IS ORDERED** that the attorneys shall file an amended joint report not later than July 9, 2010, with deadlines consistent with a discovery deadline of October 7, 2010, and a trial date of either December 6, 2010, or January 10, 2011.

**ORDERED** on June 30, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**